## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**ROTHSCHILD PATENT IMAGING LLC,**
   *Plaintiff,*

v.

**BEFUNKY, INC.**
   *Defendant.*

**Case No. 3:22-cv-01837-SB**

**PATENT CASE**

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Patent Imaging LLC respectfully submits this notice of voluntary dismissal with prejudice of Defendant BeFunky, Inc.

Dated: February 24, 2023

Respectfully Submitted

**CONNER G. SPANI**
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that, on February 24, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/

**Conner G. Spani**