IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | Case No. 3:22-cv-01837-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BEFUNKY, INC., | |
| Defendant. | |

In accord with the parties' Voluntary Dismissal with Prejudice (ECF No. 8) filed February 24, 2023, the Court dismisses this case with prejudice.

**IT IS SO ORDERED.**

DATED this 24th day of February, 2023.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL